EXHIBIT A



**San Diego Unified SCHOOL DISTRICT**
EUGENE BRUCKER EDUCATION CENTER
4100 Normal St. San Diego, CA 92103  (619) 725-7700  www.sandiegounified.org

| INDIVIDUALIZED EDUCATION PROGRAM |
|---|

| STUDENT'S NAME | BIRTH DATE | AGE | GRADE | GENDER | STUDENT ID |
|---|---|---|---|---|---|
| Karl  Cebulski | 03-10-1999 | 20.1 | 12th | male | 588251 |

| RACE | STUDENT LANGUAGE | HOME LANGUAGE | OVERALL PROF LEVEL |
|---|---|---|---|
| White,Filipino | English | English | |

| SCHOOL OF ATTENDANCE | NEIGHBORHOOD SCHOOL |
|---|---|
| Non-Public Schools | Clairemont High |

| PARENT/GUARDIAN | EMAIL ADDRESS |
|---|---|
| Catherine  Cebuski | ccebulski@sbcglobal.net |

| HOME PHONE | WORK PHONE | CELL PHONE |
|---|---|---|
| 5103076096 | | |

| PARENT/GUARDIAN | EMAIL ADDRESS |
|---|---|
| | |

| HOME PHONE | WORK PHONE | CELL PHONE |
|---|---|---|
| | | |

| STUDENT ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 4063 MOUNT BOLANAS CT | SAN DIEGO | CA | 92111 |

| Meeting Type | Student State ID |
|---|---|
| Annual IEP Review - Amendment | 6071523164 |

**Reason for Meeting**
Amendment-Change of Placement

**ELIGIBILITY INFORMATION**

**Primary Disability**
Autism

**Secondary Disability**

After an IEP Team discussion, the team will review ESY eligibility.
☑ Yes    ☐ No

**IEP DATES**
This IEP Date
05-09-2019

Extended School Year Eligibility
Eligible

Next IEP Date
05-10-2019

After an IEP Team discussion, the team will review Transportation eligibility.
☑ Yes    ☐ No

Initial Placement Date

Transportation Eligibility
Eligible

Last Evaluation Date
02-13-2018

Eligible for transportation and attending neighborhood school:
☐ Yes    ☑ No

Next Triennial Date

Physical Education
Specially Designed PE

**ADDITIONAL DEMOGRAPHICS**

| | | | |
|---|---|---|---|
| Migrant Education: | ☐ Yes | ☑ No | |
| Interpreter Required: | ☐ Yes | ☑ No | Language: |
| Translated copy of IEP Requested: | ☐ Yes | ☑ No | Language: |

Where Student Resides
Parent/Guardian

☐ Foster Home    License #:

**District of Residence**
San Diego Unified

**AGENCY INFORMATION**

| | | | | | |
|---|---|---|---|---|---|
| Dept. of Rehabilitation: | ☐ Eligible | ☐ Receiving Services | CA Child Services (CCS): | ☐ Eligible | ☐ Receiving Services |
| Regional Center: | ☑ Eligible | ☑ Receiving Services | Dept. of Social Services: | ☐ Eligible | ☐ Receiving Services |

**SPECIAL EDUCATION SERVICES**

| Type | Start Date | End Date | Duration | Frequency | Environment |
|---|---|---|---|---|---|
| **Primary Services** | | | | | |
| Specialized Academic Instruction | 2018-05-11 | 2019-05-10 | 314.0 | Minutes Day | Nonpublic residential school-outside CA |
| **Related Services** | | | | | |
| Parent Education/Counseling | 2018-05-11 | 2019-05-10 | 120.0 | Minutes Month | Nonpublic residential school-outside CA |
| MHRS - Residential | 2018-05-11 | 2019-05-10 | 1440.0 | Minutes Day | Nonpublic residential school-outside CA |
| Occupational Therapy | 2018-05-11 | 2019-05-10 | 30.0 | Minutes Week | Nonpublic residential school-outside CA |
| Language and Speech Services | 2018-05-11 | 2019-05-10 | 90.0 | Minutes Week | Nonpublic residential school-outside CA |
| Individual Counseling | 2018-05-11 | 2019-05-10 | 30.0 | Minutes Week | Nonpublic residential school-outside CA |

| Start Date | End Date | School | Grade | Instructional Minutes | Mins. Out of GE | SpEd % | GenEd % |
|---|---|---|---|---|---|---|---|
| 2018-05-11 | 2019-05-10 | Non-Public Schools | 12th | 1900 | 1900 | 100% | 0% |

**Least Restrictive Environment**

| Start Date | End Date | Service Environment |
|---|---|---|
| 2018-05-11 | 2019-05-10 | Nonpublic Day School |

This percentage is based on a district wide average of instructional minutes for grades K-12, which meets or exceeds the state requirement for instructional minutes per day for the school year (excluding extended school year).

FEDERAL/PRESCHOOL SETTING (ages 3-5)

FEDERAL/SCHOOL SETTING (ages 6-22)
Residential Facility

Distribution:   ☐ ORIGINAL IEP (developed at IEP meeting, includes original signatures) to Parent / Guardian / Adult Student / Container

☐ FINAL COPY (archived version includes exact revisions from original draft IEP) to Parent / Guardian / Adult Student / IEP Team / Container



**San Diego Unified SCHOOL DISTRICT**
EUGENE BRUCKER EDUCATION CENTER
4100 Normal St. San Diego, CA 92103  (619) 725-7700  www.sandiegounified.org

## INDIVIDUALIZED EDUCATION PROGRAM - SIGNATURE PAGE

| STUDENT'S NAME | BIRTH DATE | AGE | GRADE | GENDER | STUDENT ID |
|---|---|---|---|---|---|
| Karl Cebulski | 03-10-1999 | 20 | 12th | male | 588251 |

IEP Meeting Date: 05-09-2019

### RIGHTS AT AGE OF MAJORITY

On or before your child's 17th birthday, he/she has been advised of his/her rights at age of majority (18 years).

Advised by: ____  Advisor: John Baer  Date: 05-09-2019

### GRADUATION

Graduation from high school by meeting San Diego City School course requirements and proficiency standards constitutes a change in placement. A student's right to a free appropriate public education terminates upon graduation with a regular high school diploma or upon reaching the maximum age eligibility (22) for a free appropriate public education under Section 56026.

Advised by: ____  Advisor: John Baer  Date: 05-09-2019

(For students grade 7-12) My child is currently in a course of study which is designed to meet district and state requirements leading to a high school diploma.  ☐ Yes  ☑ No  (Initials) ____

☐ Prior Written Notice is attached due to termination of special education services as a result of completion of a diploma or having reached the maximum age (22) for these services.

### NOTICES

The "Limited Sharing/Release of Student Information for Purpose of Local Education Agency (LEA) Medi-Cal Billing Option" has been discussed, I received a copy and I agree to share student information for possible LEA Medi-Cal reimbursement of covered services.  ☐ Yes  ☑ No  (Initials) -

As a means of improving services and results for your child did the school facilitate parent involvement?  ☐ Yes  ☐ No  ☑ No Parent Response

☑ I have received a copy of the Notice of Procedural Safeguards  (Initials) CC

☐ Parent concerns were recorded and discussed  ☑ No Parent Response  (Initials) ____

☐ Parent/Guardian request(s) additional time to review the IEP. (The district requests a response and signature within 15 days.) - I have received a copy of the IEP.

☐ IEP not completed due to time constraints. - I have received a copy of the IEP.

### CONSENT

☑ I consent to the Individualized Education Program (IEP). - I have received a copy of the IEP.  (Initials) CC

☐ I consent to portions of the IEP: (See IEP Team Action Plan for specific information.) - I have received a copy of the IEP.  (Initials) ____

   ☐ Eligibility  (Initials) ____

   ☐ Goals  (Initials) ____

   ☐ Primary Service  (Initials) ____

   ☐ Related Services  (Initials) ____

☐ I do not consent to this IEP. (See IEP Team Action Plan for specific information.) - I have received a copy of the IEP.  (Initials) ____

☐ My child is eligible to receive special education services, however I am refusing services. (ECSE only) - I have received a copy of the IEP.  (Initials) ____



**San Diego Unified SCHOOL DISTRICT**
EUGENE BRUCKER EDUCATION CENTER
4100 Normal St. San Diego, CA 92103  (619) 725-7700  www.sandiegounified.org

| **INDIVIDUALIZED EDUCATION PROGRAM - SIGNATURE PAGE** |
|---|

| STUDENT'S NAME | BIRTH DATE | AGE | GRADE | GENDER | STUDENT ID |
|---|---|---|---|---|---|
| Karl Cebulski | 03-10-1999 | 20 | 12th | male | 588251 |

IEP Meeting Date: 05-09-2019

☐ My child is eligible for special education services and I agree to the Offer of Free Appropriate Public Education (FAPE). However, I elect to enroll my child in a private school and understand that this IEP cannot be implemented.   (Initials) _____

☐ Profit   ☐ Non Profit   Does the student attend a private school within San Diego Unified School District?   ☐ Yes   ☐ No

Parent was offered a Special Education Individualized Services Plan.   ☐ Yes   ☐ No   (Initials) _____

Special Education Individualized Services Plan offered by: _____

**TEAM MEMBER SIGNATURES**

The following were participants in the development of this Individualized Education Program (IEP).

| Catherine Cebulski | 05-09-2019 | | |
|---|---|---|---|
| Parent/Guardian | Date | Student | Date |
| Kimberly Shapazian | 05-09-2019 | | |
| Administrator/Designee | Date | Participant | Date |
| | | Title | |
| ** EXCUSED** | 05-09-2019 | | |
| General Education Teacher | Date | Participant | Date |
| | | Title | |
| John Baer | 05-10-2019 | | |
| Special Education Teacher | Date | Participant | Date |
| | | Title | |
| Participant | Date | Participant | Date |
| Title | | Title | |
| Participant | Date | Participant | Date |
| Title | | Title | |
| Participant | Date | Participant | Date |
| Title | | Title | |
| Participant | Date | Participant | Date |
| Title | | Title | |

**Distribution:**

☐ ORIGINAL IEP (developed at IEP meeting, includes original signatures) to Parent / Guardian / Adult Student / Container

☐ FINAL COPY (archived version includes exact revisions from original draft IEP) to Parent / Guardian / Adult Student / IEP Team / Container



| INDIVIDUALIZED EDUCATION PROGRAM - TEAM ACTION |
|---|

| STUDENT'S NAME | BIRTH DATE | AGE | GRADE | GENDER | STUDENT ID |
|---|---|---|---|---|---|
| Karl  Cebulski | 03-10-1999 | 20 | 12th | male | 588251 |

**Team Action Date:** 05-09-2019

**ACTION:**

☑ **1. Additional Items**

| Topic | Outcome | Responsible for Follow-Up |
|---|---|---|
| Amendment to the IEP | District amended IEP to change Karl's placement to RTC pursuant to a settlement agreement.  Also pursuant to settlement agreement, and pending a start date from an RTC that has accepted student, the District will continue to implement the NPS placement provided for in student's last IEP along with three hours per day of behavioral intervention services, to be provided by Verbal Behavioral Associates, at the NPS as interim placement pending space available at RTC.  Parent and NPA to develop goals for implementation during behavioral services. | SDUSD Case Manager |

☐ **2. Additional Assessments**

| Topic | Outcome | Responsible for Follow-Up |
|---|---|---|
|  |  |  |

☐ **3. Referral(s) to Agencies**

| Topic | Outcome | Responsible for Follow-Up |
|---|---|---|
|  |  |  |

☑ **4. Eligible for special education transportation services and not attending neighborhood school.**

  ☑ **4A. Eligible for special education transportation services because special education services not available at neighborhood school. Student Attending:**
  Separate School Setting

  ☐ **4B. Eligible for special education transportation services but parent elects to decline special education transportation services, opting to participate in:**

☐ **5. Parent/Guardian consents to the following portions of the IEP:**

  ☐ Eligibility     ☐ Goals     ☐ Primary Service     ☐ Related Service
  Explanation:

☐ **6. District Response** (e.g. offer of FAPE):

☐ **7. The following people were in attendance at the IEP (name/title) although their signatures do not appear on page 2 of the IEP:**

☐ **8. Prior written notice** (see attachment) **PWN Date:**

| ☐ **9. Reconvene** | | | |
|---|---|---|---|
| Topic | | | Responsible for Follow-Up |
| Date | Time | Location | |



**San Diego Unified**
SCHOOL DISTRICT
EUGENE BRUCKER EDUCATION CENTER
4100 Normal St. San Diego, CA 92103 (619) 725-7700 www.sandiegounified.org

| INDIVIDUALIZED EDUCATION PROGRAM - SIGNATURE PAGE |
|---|

| STUDENT'S NAME | BIRTH DATE | AGE | GRADE | GENDER | STUDENT ID |
|---|---|---|---|---|---|
| Karl Cebulski | 03-10-1999 | 20 | 12th | male | 588251 |

IEP Meeting Date: 05-09-2019

### RIGHTS AT AGE OF MAJORITY

On or before your child's 17th birthday, he/she has been advised of his/her rights at age of majority (18 years).

| Advised by: | Advisor | Date |
|---|---|---|
| | John Baer | 05-09-2019 |

### GRADUATION

Graduation from high school by meeting San Diego City School course requirements and proficiency standards constitutes a change in placement. A student's right to a free appropriate public education terminates upon graduation with a regular high school diploma or upon reaching the maximum age eligibility (22) for a free appropriate public education under Section 56026.

| Advised by: | Advisor | Date |
|---|---|---|
| | John Baer | 05-09-2019 |

(For students grade 7-12) My child is currently in a course of study which is designed to meet district and state requirements leading to a high school diploma.   ☐ Yes   ☑ No   (Initials) _____

☐ Prior Written Notice is attached due to termination of special education services as a result of completion of a diploma or having reached the maximum age (22) for these services.

### NOTICES

The "Limited Sharing/Release of Student Information for Purpose of Local Education Agency (LEA) Medi-Cal Billing Option" has been discussed, I received a copy and I agree to share student information for possible LEA Medi-Cal reimbursement of covered services.   ☐ Yes   ☐ No   (Initials) _____

As a means of improving services and results for your child did the school facilitate parent involvement?   ☐ Yes   ☐ No   ☒ No Parent Response

☒ I have received a copy of the Notice of Procedural Safeguards   (Initials) CC

☐ Parent concerns were recorded and discussed   ☒ No Parent Response   (Initials) CC

☐ Parent/Guardian request(s) additional time to review the IEP. (The district requests a response and signature within 15 days.) - I have received a copy of the IEP.

☐ IEP not completed due to time constraints. - I have received a copy of the IEP.

### CONSENT

☒ I consent to the Individualized Education Program (IEP). - I have received a copy of the IEP.   (Initials) CC

☐ I consent to portions of the IEP: (See IEP Team Action Plan for specific information.) - I have received a copy of the IEP.   (Initials) _____

   ☐ Eligibility   (Initials) _____

   ☐ Goals   (Initials) _____

   ☐ Primary Service   (Initials) _____

   ☐ Related Services   (Initials) _____

☐ I do not consent to this IEP. (See IEP Team Action Plan for specific information.) - I have received a copy of the IEP.   (Initials) _____

☐ My child is eligible to receive special education services, however I am refusing services. (ECSE only) - I have received a copy of the IEP.   (Initials) _____



 **San Diego Unified**
SCHOOL DISTRICT
EUGENE BRUCKER EDUCATION CENTER
4100 Normal St. San Diego, CA 92103  (619) 725-7700  www.sandiegounified.org

## INDIVIDUALIZED EDUCATION PROGRAM - SIGNATURE PAGE

| STUDENT'S NAME | BIRTH DATE | AGE | GRADE | GENDER | STUDENT ID |
|---|---|---|---|---|---|
| Karl Cebulski | 03-10-1999 | 20 | 12th | male | 588251 |

IEP Meeting Date: 05-09-2019

☐ My child is eligible for special education services and I agree to the Offer of Free Appropriate Public Education (FAPE). However, I elect to enroll my child in a private school and understand that this IEP cannot be implemented. (Initials) _____

☐ Profit  ☐ Non Profit    Does the student attend a private school within San Diego Unified School District?   ☐ Yes  ☐ No

Parent was offered a Special Education Individualized Services Plan.    ☐ Yes  ☐ No   (Initials) _____

Special Education Individualized Services Plan offered by:

### TEAM MEMBER SIGNATURES

The following were participants in the development of this Individualized Education Program (IEP).

| X [signature] | May 8, 2019 | | |
|---|---|---|---|
| Parent/Guardian | Date | Student | Date |

| [signature] | 5/9/19 | | |
|---|---|---|---|
| Administrator/Designee | Date | Participant | Date |
| | | Title | |

| **EXCUSED** | 05-09-2019 | | |
|---|---|---|---|
| General Education Teacher | Date | Participant | Date |
| | | Title | |

| [signature] | 5/10/19 | | |
|---|---|---|---|
| Special Education Teacher | Date | Participant | Date |
| | | Title | |

| | | | |
|---|---|---|---|
| Participant | Date | Participant | Date |
| Title | | Title | |

| | | | |
|---|---|---|---|
| Participant | Date | Participant | Date |
| Title | | Title | |

| | | | |
|---|---|---|---|
| Participant | Date | Participant | Date |
| Title | | Title | |

| | | | |
|---|---|---|---|
| Participant | Date | Participant | Date |
| Title | | Title | |

**Distribution:**

☐ ORIGINAL IEP (developed at IEP meeting, includes original signatures) to Parent / Guardian / Adult Student / Container

☐ FINAL COPY (archived version includes exact revisions from original draft IEP) to Parent / Guardian / Adult Student / IEP Team / Container